

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 18, 2019

**BY ECF**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:    <u>United States v. Parnas, et al.</u>, 19 Cr. 725 (JPO)

Dear Judge Oetken:

    The Government writes to respectfully propose a response deadline of January 3, 2020, in response to defendant Andrey Kukushkin's December 12, 2019 letter motion.

                          Respectfully submitted,

                          GEOFFREY S. BERMAN
                          United States Attorney for the
                          Southern District of New York

                      By: _____/s/_____
                          Rebekah Donaleski
                          Nicolas Roos
                          Douglas Zolkind
                          Assistant United States Attorneys
                          (212) 637-2423/2421/2418

cc: Defense Counsel (by ECF)