

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 18, 2019

**BY ECF**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

  Re: United States v. Parnas, et al., 19 Cr. 725 (JPO)

Dear Judge Oetken:

  The Government writes to respectfully propose a response deadline of January 3, 2020, in response to defendant Andrey Kukushkin's December 12, 2019 letter motion.

Granted.
So ordered:
December 19, 2019

_____
J. PAUL OETKEN
United States District Judge

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York

By:_____/s/_____
Rebekah Donaleski
Nicolas Roos
Douglas Zolkind
Assistant United States Attorneys
(212) 637-2423/2421/2418

cc: Defense Counsel (by ECF)