UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-                                          19-CR-725 (JPO)

LEV PARNAS,                                  ORDER
IGOR FRUMAN,
DAVID CORREIA, and
ANDREY KUKUSHKIN,
                    Defendants.

J. PAUL OETKEN, District Judge:

In advance of the February 3 conference, the Court will hold a conference with counsel for the parties to address Defendant Parnas's third request for a modification of the protective order and the issues raised in the parties' letters at Docket Numbers 79–85.

The conference will be held Thursday, January 30, 2020, at 2:30 p.m., in Courtroom 318 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York 10007.  Defendants may waive their personal appearances for this conference.

SO ORDERED.

Dated: January 28, 2020
       New York, New York

_____
J. PAUL OETKEN
United States District Judge