

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 23, 2020

**BY ECF**
The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

Re:   *United States v. Lev Parnas, et al.*, S1 19 Cr. 725 (JPO)

Dear Judge Oetken:

The Government respectfully submits this letter regarding the defendants' arraignment on the superseding indictment. The Government requests that the Court arraign the defendants at the next pretrial conference, which is currently scheduled for November 30, 2020. The Government also moves, out of an abundance of caution, to exclude time in the interest of justice pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between today's date and the trial date, February 1, 2021, in order to allow the defense to consider and draft any appropriate motions, review discovery, and prepare for trial. The defense does not object to either request.

Respectfully submitted,

AUDREY STRAUSS
Acting United States Attorney for the
Southern District of New York

By: /s
    Rebekah Donaleski
    Nicolas Roos
    Douglas Zolkind
    Assistant United States Attorneys
    (212) 637-2423/2421/2418

---

Granted. Defendants will be arraigned on the superseding indictment at the conference scheduled for November 30, 2020, at 2:00 p.m.
The Court hereby excludes time through February 1, 2021, under the Speedy Trial Act, 18 U.S.C. 3161(h)(7)(A), finding that the ends of justice outweigh the interests of the public and the defendants in a speedy trial.
  So ordered.
  September 23, 2020

J. PAUL OETKEN
United States District Judge