LAW OFFICES OF
## GERALD B. LEFCOURT, P.C.
A PROFESSIONAL CORPORATION
1776 BROADWAY, SUITE 2000
NEW YORK, N.Y. 10019

GERALD B. LEFCOURT
lefcourt@lefcourtlaw.com

SHERYL E. REICH
reich@lefcourtlaw.com
FAITH A. FRIEDMAN
ffriedman@lefcourtlaw.com

TELEPHONE
(212) 737-0400
FACSIMILE
(212) 988-6192

December 14, 2020

VIA EMAIL

Honorable J. Paul Oetken
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

      *Re: United States v. Parnas, et al.,* 19 Cr. 725 (S1)(JPO)

Dear Judge Oetken:

  We represent Andrey Kukushkin in connection with the above referenced matter. We write on behalf of all defendants to follow up on the government's letter of earlier today and to put the defense's request for an October trial date into context.

  The defense's proposed October trial date is not a matter of personal preference, but rather, a studied and informed view that a trial date any sooner is not practical. And, while an October trial date will result in no prejudice to the government, we submit that any earlier date will prejudice the defendants.

  As explained to the government, and as reflected in the attached, medical professionals have indicated that a full roll out of the vaccine, such that a sufficient portion of the population have received it and developed herd immunity is not expected until late Fall 2021. Indeed, all indications are that the vaccine will not be readily available to the general population until the third quarter of 2021. What's more, vaccination will require two doses as much as four weeks apart. Therefore, even those individuals who are lucky enough to receive vaccinations in the third quarter may not be fully vaccinated until the latter part of the third quarter or early in the

Honorable J. Paul Oetken
United States District Judge
Southern District of New York
December 14, 2020
Page 2

fourth quarter. As a result, we respectfully submit, that a "normal" constitutionally acceptable trial is not, as a practical matter, possible until October 2021.

    While delay is not what anyone desires, the defendants object to a trial that does not provide for constitutionally mandated due process or a constitutionally acceptable cross section of jurors. Moreover, given our understanding of the current backlog of trials for defendants who are incarcerated, which takes preference, anything sooner does not appear to be realistic. Indeed, during the November 30, 2020, conference, the Court suggested October as a reasonable and acceptable trial date. We submit that to set a date just to set it makes no sense and will only serve to prejudice the defendants.

    Accordingly, the defense respectfully requests that this matter not be scheduled for trial until October 2021. Thank you for your consideration.

Respectfully submitted,

/s Gerald B. Lefcourt
Gerald B. Lefcourt

Subscribe    Past Issues    Translate ▼

View this email in your browser



Dear Members,

With the Pfizer vaccine projected to receive FDA approval on Saturday in the U.S., we felt it was an opportune moment to provide an update on Covid 19 vaccines, their efficacy and access to them.

Our medical team is closely monitoring all vaccination advancements. We are actively taking guidance from the Center for Disease Control and Prevention (CDC) and the Advisory Committee on Immunization Practices (ACIP), as well as collaborating with our specialist partners and leading hospitals

As always, Sollis will inform you on the latest updates as they occur

### What does the Pfizer EUA approval mean?

This means the first Covid-19 vaccination has been deemed safe and effective. It will now be distributed by each state to the most vulnerable populations, starting with frontline workers and the elderly. Subsequently, the vaccine will be accessible to additional populations as outlined below.

### How effective are these vaccines?

The Pfizer vaccine demonstrated 95% efficacy in clinical trials, with Moderna showing 94% efficacy. Furthermore, a recent **FDA study** showed high levels of efficacy for the Pfizer vaccine even after just 10 days from the first dose (of two total). The FDA has found it to be efficacious in all population segments, which is especially important for the most at-risk, elderly and sick. This all bodes well for the other vaccines currently seeking approval.

### When will the vaccine be available?

Industry experts believe that the vaccine will be available to high risk groups in late 2020/early 2021 and then to the general population in mid-to-late 2021.

Subscribe    Past Issues    Translate ▼



### How are vaccines distributed?
Once vaccinations are approved by the FDA, distribution is funneled through state governments and government contracts  It will be allocated based on a tiered system, the first of which will include high  risk populations, including healthcare workers and nursing home patients  Sollis is working tirelessly to have the vaccine available for members through appropriate channels and will continue to update you on vaccine availability

### I think I'm considered high risk. Will you be able to get the vaccine for me before the general population? If not, what should I do?
You may call us at any time to discuss your medical history and any concerns you

workers. While we focus on obtaining the vaccine for our members, we advise that you also contact your primary care physician as his or her office may serve as an additional resource for obtaining the Covid-19 vaccine.

### Who is considered an essential worker?

Our top priority remains distributing the vaccine to those at highest risk for severe Covid-19 illness or Covid-19 mortality. Status as an essential worker will be evaluated on a case-by-case basis by Sollis Health. As broadly defined by the federal government, essential industries include energy, child care, water and wastewater, agriculture and food production, critical retail, critical trades, financial services, exchanges, retail banking, media, transportation, nonprofits and social service organizations.

### Do we know if the vaccine has side effects?

Trials by both Moderna and Pfizer will continue even after FDA authorization. In previous studies, there were no severe adverse reactions noted with either vaccine. Roughly half of trial participants experienced the kind of temporary mild symptoms one may experience after a flu vaccination, such as chills, body aches, fever or headache. Longer term safety data is not known. Popular press and media have reported cases of side effects of the vaccine, but these reports should be taken with a grain of salt until the data is properly analyzed by experts.

### Which vaccination has the highest efficacy? What does that actually mean?

*Efficacy* means that in clinical study conditions, the vaccine reduces the risk of getting Covid-19 in someone who is vaccinated versus unvaccinated by the percent reported. If the vaccine has 95% efficacy, then, in the study, it reduced the risk of Covid-19 in someone who was vaccinated by 95%. *Effectiveness* refers to how well the vaccine reduces risk of Covid-19 in real world conditions. Effectiveness isn't known until the vaccine has been used widely in the general population.

---

Below is a recent update of the different manufacturers racing to market, the efficacy, number of doses and dosage timing. Please note that this is a dynamic situation and the information here is subject to change.

## COVID-19 VACCINATIONS

| MANUFACTURER | EFFICACY | NUMBER OF DOSES | DOSAGE TIMING |
|---|---|---|---|
| Pfizer | 95% | 2 | 3 weeks apart |
| moderna | 94.1% | 2 | 4 weeks apart |
| AstraZeneca | 70.4%* | 2 | TBC |
| Johnson & Johnson | TBC | 1 or 2 | TBC |

*In the two different dose regimens vaccine efficacy was 90% in one and 62% in the other

The normal approval process for vaccinations can take 5 to 10 years  During a pandemic, the government approves an expedited approval process  Here is a recent chart outlining the approval process for each manufacturer

### COVID-19 VACCINATION DRUG APPROVAL PROCESS

**STAGE 1 & 2 — RESEARCH**
Began January 2020

**STAGE 3 — CLINICAL**
Phase 1: March 2020
Phase 2: April 2020
Phase 3: July 2020 - Present
↑ Johnson & Johnson
   AstraZeneca

**STAGE 4 — REGULATORY**
Quick Approval on Success of Phase 3
↑ moderna

**STAGE 5 — PRODUCTION**
(and distribution) if vaccine is shown to be safe and effective
↑ Pfizer

Subscribe    Past Issues                                                                                  Translate ▼

always, Sollis is here for you day or night, for any and all your medical needs
Please feel free to reach out with any questions or concerns

Warm Regards,
Sollis Health

**UPPER EAST SIDE**  
170 E. 77th Street, Lower Leve , New York, NY 10075

**TRIBECA**  
255 Greenwich Street, 5th F oor, New York, NY 10007

**BEVERLY HILLS**  
155 N. San Vicente B vd, Bever y Hi s, CA 90211

**24/7 Medical Hotlines**  
NY: (646) 687-7600  
LA: (310) 870-0400  
WWW.SOLLISHEALTH.COM

   

Copyright © 2020 Sollis Health, All rights reserved.

Want to change how you receive these emails?
You can update your preferences or unsubscribe from this list.

