# Exhibit A

Government's *Brady* Disclosure dated September 24, 2020