# Exhibit B

Government's *Brady* Disclosure dated October 28, 2020