# Exhibit C

Government's *Brady* Disclosure dated November 24, 2020