# Exhibit D

Chart of Search Warrant Applications citing, referencing, incorporating by reference or relying upon in any manner attorney-client privileged communications of the defendants

| Date of Warrant | Description of Warrant | Relation to Privileged Material |
|---|---|---|
| October 9, 2019 | Warrant for search and seizure of premises located at ▓▓▓▓ | The privileged email is cited in the probable cause affidavit at page 26 |
| October 9, 2019 | Search and Seizure Warrant for: (1) premises located at ▓▓▓▓ any closed containers/electronic devices contained therein, and (2) the Electronic Device known and described as an Apple iPhone with number ▓▓▓▓ | The privileged email is cited in the probable cause affidavit at page 23 |
| October 21, 2019 | Warrant for nine electronic devices seized from defendants during the October 9, 2019 arrests, including: 3 iPhones seized from Lev Parnas, 1 iPad seized from Lev Parnas, 1 Nous cellphone seized from Lev Parnas, 1 Samsung Galaxy seized from Lev Parnas, 2 iPhones seized from Igor Fruman, and 1 AT&T sim card seized from Igor Fruman | The privileged email is cited in the probable cause affidavit at page 28 |
| October 21, 2019 | Warrant for DHL Package bearing tracking number ▓▓▓▓ sent by David Correia to his attorney, including any closed containers/items | The privileged email is cited in the probable cause affidavit at page 28 |
| October 21, 2019 | Warrant for three Apple iCloud accounts: (1) the Apple iCloud account assigned identification number ▓▓▓▓ registered to Lev Parnas, using the email address ▓▓▓▓ (2) the Apple iCloud account assigned identification number ▓▓▓▓ registered to Lev Parnas, using the email address ▓▓▓▓ and (3) the Apple iCloud account assigned identification number ▓▓▓▓ registered to Igor Fruman, using telephone number ▓▓▓▓ and email address ▓▓▓▓ | The privileged email is cited in the probable cause affidavit at page 33 |
| October 22, 2019 | Warrant for three Apple iCloud Accounts and one ▓▓▓▓ account: (1) the Apple iCloud account assigned identification number ▓▓▓▓ using the email address ▓▓▓▓ (2) the Apple iCloud account assigned identification number ▓▓▓▓ registered to Andrey Kukushkin, using telephone number ▓▓▓▓ and email ▓▓▓▓ (3) the Apple iCloud account assigned identification number ▓▓▓▓ registered to ▓▓▓▓ using telephone number ▓▓▓▓ and email address ▓▓▓▓ and (4) the email account ▓▓▓▓ maintained by ▓▓▓▓ | The privileged email is cited in the probable cause affidavit at page 31 |
| November 13, 2019 | Warrant for the Apple iPhone X with model number ▓▓▓▓ and ▓▓▓▓ seized from Andrey Kukushkin during his October 9, 2019 arrest | The privileged email is cited in the probable cause affidavit at page 7 |
| December 10, 2019 | Warrant for sixteen devices and two boxes of documents and materials seized pursuant to two previous premises searches of the "Fruman Residence" ▓▓▓▓ and the "Parnas Residence" ▓▓▓▓ authorized by the two respective October 9, 2019 warrants | The privileged email is cited in Exhibit A at p. 26 |
| February 27, 2020 | Warrant for two iCloud accounts (with ▓▓▓▓), two iPhones, and one iPad, all belonging to Lev Parnas, and one iCloud account with identification number ▓▓▓▓ all of which is located on five hard drive partitions containing the results of previous search warrants | The privileged email is cited by the October 9, October 21, and December 10, 2019 warrants that are cited at pp. 4-6 |
| March 20, 2020 | Warrant extension for October 21, 2019 warrant for the ▓▓▓▓ assigned identification number ▓▓▓▓ registered to Igor Fruman, using telephone number ▓▓▓▓ email address ▓▓▓▓ | The privileged email is cited in Exhibit 3 at p. 33 |
| May 4, 2020 | Warrant for all content associated with the email account ▓▓▓▓ maintained at premises controlled by ▓▓▓▓ | The privileged email is cited in the probable cause affidavit at page 11 |