# Exhibit H

Mr. Kukushkin's demand for a Bill of Particulars dated November 19, 2020

LAW OFFICES OF
# GERALD B. LEFCOURT, P.C.
A PROFESSIONAL CORPORATION
1776 BROADWAY, SUITE 2000
NEW YORK, N.Y. 10019

GERALD B. LEFCOURT
lefcourt@lefcourtlaw.com

SHERYL E. REICH
reich@lefcourtlaw.com
FAITH A. FRIEDMAN
ffriedman@lefcourtlaw.com

TELEPHONE
(212) 737-0400
FACSIMILE
(212) 988-6192

November 19, 2020

VIA EMAIL

Rebekah Donaleski, Esq.
Nicolas Roos, Esq.
Douglas Zolkin, Esq.
Assistant United States Attorneys
United States Attorney's Office
Southern District of New York
One St. Andrew's Plaza
New York, New York 10007

*Re: United States v. Kukushkin, et al.,* 19 Cr. 725 (S1)(JPO)

Dear Counsel:

We write as counsel to Andrey Kukushkin to seek a Bill of Particulars pursuant to Rule 7(f) of the Federal Rules of Criminal Procedure. The particulars we seek are as follows:

Count Four – The Foreign National Donor Scheme:

1. With respect to paragraph 47 (b) of the Superseding Indictment, identify each alleged contribution or donation, or express or implied promise to make contributions or donations, directly or indirectly, by a foreign national in connection with federal and State elections, aggregating to $25,000 and more in a calendar year which the government contends Mr. Kukushkin and the other defendants conspired to make; and

2. With respect to paragraph 47 (c) of the Superseding Indictment, identify each alleged contribution to candidates for State and federal office, joint fundraising committee, and independent expenditure committee in the names of others aggregating to $25,000 and more in a calendar year which the government contends Mr. Kukushkin and the other defendants conspired to make.

Count Six – Making a Contribution by a Foreign National

1. With respect to paragraph 52 of the Superseding Indictment, identify each alleged contribution or donation or express and implied promise to make contributions or donations by a foreign national in connection with federal and State elections, aggregating to $25,000 and more in a calendar year the making of which the government contends Mr. Kukushkin and the other defendants aided and abetted.

Thank you for your cooperation in this matter.  If you have any questions, please do not hesitate to call.

      Very truly yours,

      /s/ Gerald B. Lefcourt
      Gerald B. Lefcourt