

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 18, 2021

**BY ECF**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:    United States v. Parnas, et al., S1 19 Cr. 725 (JPO)

Dear Judge Oetken:

    The Government writes, with the consent of defense counsel, to seek an adjournment of the final pretrial conference currently scheduled for January 19, 2021, at 2:00 p.m., in light of the Court's November 30, 2020 *sine die* adjournment of the trial date. The parties respectfully request that the Court adjourn the final pretrial conference *sine die*, until such time as a trial date is set.

        Respectfully submitted,

        AUDREY STRAUSS
        United States Attorney for the
        Southern District of New York

    By:    /s/_____
        Rebekah Donaleski
        Nicolas Roos
        Aline Flodr
        Assistant United States Attorneys
        (212) 637-2423

cc: Defense Counsel (by ECF)