UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------X
UNITED STATES OF AMERICA          :
               Plaintiff,          :    Case No.  S1 19 Cr. 725 (JPO)
                                         :
vs.                                    :
                                       :    **ORDER ASSIGNING CASH BAIL**
ANDREY KUKUSHKIN               :
             Defendant.          :
---------------------------------------------X

     IT IS HEREBY ORDERED that the $100,000.00 (one hundred thousand dollars) cash bond deposited on behalf of ANDREY KUKUSHKIN in the above numbered and styled cause, by FELIX KUKUSHIN who resides at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, be and is hereby assigned, and transferred to GERALD B. LEFCOURT, P.C. whose mailing address is 1776 Broadway, Suite 2000, New York, NY 10019; and

     IT IS FURTHER ORDERED that upon any order exonerating and releasing said $100,000.00 (one hundred thousand dollars) cash bond, the Clerk of the Court, is directed to remit and return said funds to GERALD B. LEFCOURT, P.C., whose mailing address is 1776 Broadway, Suite 2000, New York, NY 10019.

SO ORDERED.

Dated: April 7, 2021
       New York, New York

                                         _____
                                               J. PAUL OETKEN
                                           United States District Judge