UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v-

ANDREY KUKUSHKIN,
                    Defendant.

19-CR-725 (JPO)

ORDER

On April 7, 2021, this Court issued an order assigning to Gerald B. Lefcourt, P.C. $100,000 of the cash bond deposited in the Court Registry on behalf of Defendant Andrey Kukushkin.

It is hereby ordered that the remaining $520.33 on deposit in the Court Registry on behalf of Defendant Kukushkin shall be released to Felix Kukushkin upon any order exonerating and releasing the cash bond. Mr. Felix Kukushkin is instructed to contact the Finance Department of this Court with his mailing information.

SO ORDERED.

Dated: April 20, 2021
       New York, New York

_____
J. PAUL OETKEN
United States District Judge