UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v-<br><br>LEV PARNAS,<br>IGOR FRUMAN, and<br>ANDREY KUKUSHKIN,<br>                    Defendants. | 19-CR-725 (JPO)<br><br>ORDER |

The Government is directed to submit to the Court for *in camera* review an unredacted copy of the full email chain containing the disputed email dated September 16, 2018 (USAO_00424240).

SO ORDERED.

Dated: May 5, 2021
       New York, New York

_____
J. PAUL OETKEN
United States District Judge