






# United States v. Chi Ping Patrick Ho - Uganda Scheme
## 2015

**JAN**

**1/14** — HO emails Isaac Kutesa regarding HO's interest in CEFC participating in various UN events. GX 262

**FEB**

**2/3** — HO emails the PGA's aide to seek an invitation to speak at a UN event, and to meet with PGA Sam Kutesa in New York. GX 264

**2/21** — HO emails the PGA's aide to seek another meeting with PGA Sam Kutesa in New York. GX 266





# United States v. Chi Ping Patrick Ho - Uganda Scheme
## 2016

**FEB**

**2/24** — Sam Kutesa's wife emails HO, copying Sam Kutesa, to inform HO that Yoweri Museveni won reelection as President of Uganda, and to request a "contribution / donation" for Sam Kutesa's "foundation which he wishes to launch as soon as possible," and she provides the bank account information.  *GX 283*

**2/28** — HO replies to Sam Kutesa and his wife, including stating that "[w]e want to reconnect and catch up with you and renew our friendship as well as our mutual agreement and commit[]ments." *GX 284*

**2/29** — Sam Kutesa's wife asks HO to "confirm the contribution" and advises HO of an opportunity in the "banking sector in Africa." *GX 285*









