## February 8-14, 2012

| Date | Time | From | To | Detail |
|------|------|------|-----|--------|
| 2/8 | 11:00 am | N/A | N/A | Dean meeting with Len Litwin and others (RSA Office) (GX-2012B) |
| | 11:51am | Dean | Adam | Phone Call (1 min) |
| | 11:57am | Adam | Dean | Phone Call (3 mins) |
| | 12:28pm | Dorego | Stephen Ross/ Bruce Beal | Email: "I saw Dean today . . . " (GX-1228) |
| | 12:29pm | Adam | Dorego | Email, re: UER: "Charlie, Im looking to set up a meeting with the appropriate people from Glenwood Management regarding your Natural Gas and Electric usage. . . . Let me know if this would be possible, it would really help me out." (GX-1227) |
| 2/13 | 9:13am | Adam | Dean | Phone call (2 min) |
| | 10:25am | Glenwood | Dean | Phone call (2 mins) [next call] |
| | 2:06pm | Dean | Adam | Phone call (1 min) [next call] |
| | 5:31pm | Dean | Adam | Phone call (9 mins) [next call] |
| 2/14 | 1:36pm | Dorego | Glenwood VP | Email, fw: UER: "Can we discuss this briefly next time we're both in the office?" (GX-1229) |

**GOVERNMENT EXHIBIT 3303**
S1 15 Cr. 317 (KMW)

GX-101, GX-108

1

| April 16-20, 2012 | | | | |
|---|---|---|---|---|
| **Date** | **Time** | **From** | **To** | **Detail** |
| **4/16** | 12:00pm-1:30pm | N/A | N/A | **Dean** lunch with Dorego @ Porter House at Time Warner Center (GX-2012-C) |
| **4/17** | 9:12am | Dorego | Glenwood VP | Email, re: UER: "Did [the Glenwood VP] get him yet?" (GX-1238) |
| | 9:19am | Glenwood VP (Howard Heisner) | Dorego | Email, re: UER: "He is on the top of Howard's 'to call list,' but I don't believe Howard has contacted him yet. . ." (GX-1238) |
| **4/19** | 11:22am | Glenwood VP | **Adam** | Email: "Charles Dorego referred me to you.  Please contact me at your earliest convience."  (GX-2911) |
| | 11:23am | **Adam** | Glenwood | Phone Call (5 mins) |
| | 12:36pm | **Dean** | **Adam** | Phone Call (2 mins) |
| **4/20** | 12:02pm | **Adam** | Glenwood | Phone Call (2 mins) |

GX-101, GX-108

2

| September 19-25, 2012 | | | | |
|---|---|---|---|---|
| **Date** | **Time** | **From** | **To** | **Detail** |
| **9/19 Wed.** | 9:35am | Dean | Adam | Phone Call (3 mins) |
| | 12:30pm | N/A | N/A | Dean and Dorego attend REBNY Meeting (GX-2012E) |
| | 1:49pm | Dorego | Adam | Phone Call (4 mins) |
| **9/25 Tues.** | 8:21am | Adam | Dorego | Email, re: contaminated water on Long Island (GX-1290) |
| | 9:25am | Dorego | Adam | Email: "Btw, who do you sell title for?" (GX-1290) |
| | 10:25am | Adam | Dorego | Email: "I work with a company in Long Island, East Coast Abstract." (GX-1291) |
| | 10:41am | Adam | Dean | Phone Call (3 mins) |
| | 10:56am | Adam | Dorego | Email:  "I just heard there may be some bad history there with Stan, I had NO idea.  If you have a title you want to work through me I have a relationship with another company where I'd be able to work something out with out Stan or East Coast Abstract." (GX-1292) |
| | 10:57am | Dorego | Adam | Phone Call (7 mins) |

GX-101, GX-108, GX-109B

3

## September 19-25, 2012 (cont'd)

| Date | Time | From | To | Detail |
|---|---|---|---|---|
| 9/25 (Tues) | 11:27:38am | Adam | Dorego | Email, re: "Title":  . . . "I could really use the work if you have anything for me, it's been a real slow year in the title world." (GX-1293) |
| | 11:28am | Adam | Dean | Phone Call (4 mins) |
| | 1:11pm | Adam | Dean | Email, fwd: "Title": "This is what I sent to Charlie and I still haven't heard anything back from him." (GX-2944) |
| | 1:23pm | Dean | Runes | Phone call (1 min) |
| | 1:25pm | Dean | Adam | Email, re: "Title": "Following up. Be patient." (GX-2944) |
| | 1:28pm | Adam | Dean | Email, re: "Title": "Placing title happens quick. I don't want to lose out cause Stan screwed up." (GX-2944) |
| | 1:35pm | Dean | Adam | Email, re: "Title": "I know." (GX-2944) |
| | 3:50pm | Dorego | Runes cell | Phone Call (4 mins) |
| | 4:00pm | Dorego | ALS | Phone Call (10 mins) |
| | 4:29pm | Runes cell | Dean | Phone Call (1 min) |
| | 4:35 pm | Adam | Dean | Phone Call (3 mins) [next call] |

GX-101, GX-108, GX-109B, GX-114

4

## October 3-4, 2012

| Date | Time | From | To | Detail |
|------|------|------|-----|--------|
| 10/3 | 11:19am | Adam | Dorego | Email: "I have attached some information on the title company I am working with. Let me know if theres anything else you need. Talk soon." (GX-1304) |
| | 12:31pm | Dorego | Adam | Email: "Call me" (GX-1304) |
| | 12:50pm | Adam | Dorego | Phone Call (8 mins) |
| | 12:58pm | Dorego | Dwyer | Phone Call (2 mins) [next call] |
| | 1:00pm | Dorego | Adam | Phone Call (2 mins) [next call] |
| | 1:20pm | Adam | East Coast Abstract | Phone Call (8 mins) |
| | 1:28pm | Adam | East Coast Abstract | Phone Call (1 mins) |
| | 2:07pm | Adam | Dean | Phone Call (4 mins) [next call] |
| 10/4 | 12:00pm -1:30pm | N/A | N/A | Dean Skelos and Dorego attend meeting with Rent Stabilization Executive Board (GX-2012-F) |

GX-101, GX-108, GX-109B

5

| October 9-10, 2012 | | | | |
|---|---|---|---|---|
| **Date** | **Time** | **From** | **To** | **Detail** |
| **10/9** | 8:02pm | Dorego | Adam | Email, fwd: updated Abtech contract (GX-1311) |
| | 8:23pm | Adam | Dorego | Email: "Great. I will look over tonight and talk with Dad tomorrow." (GX-1311) |
| | 8:28pm | Dorego | Adam | Email: "I can do a 20,000 referral on the title. That ok?" (GX-1311) |
| | 8:31pm | Adam | Dorego | Email: "Absolutely, that's great. Going through Tom?" (GX-1311) |
| | 8:32pm | Dorego | Adam | Email: "Yes." (GX-1311) |
| | 9:03pm | Adam* | Dean | Phone Call (1 min) |
| | 10:00pm | Dean | Adam | Phone Call (1 min) |
| | 10:01pm | Dean | Adam | Phone Call (1 min) |
| **10/10** | 11:58am | Adam | Dorego | Email: "Can you talk?" (GX-1311) |
| | 12:00pm | Adam | Dorego | Phone Call (5 mins) |
| | 1:46pm | Adam | Dean | Phone Call (1 min) |

GX-101, GX-108, GX-109B

6

## October 25-26, 2012

| Date | Time | From | To | Detail |
|---|---|---|---|---|
| 10/25 | 1:25pm | Adam | Dorego | Phone Call (1 min) |
| | 1:26pm | Adam | Dorego | Phone Call (6 min) [next call] |
| | 1:32pm | Adam | Dean | Phone Call Begins (5 mins) [next call] |
| | 1:34pm | Dorego | Adam | Email: "I've been waiting for the gas line from National Grid from the street to the house for months. I was last told it was on the schedule for 23rd of Oct." (GX-1317) |
| | 1:37pm | Adam | Dean | Phone Call Ends (5 mins) |
| | 1:39pm | Adam | Locascio | Email, copy to Dorego: "Please look into this for me." (GX-1317) |
| 10/26 | 2:49pm | Liz Liguori (NYS Senate) | Locascio | Email: "Here is the response from nat'l grid: . . . We had reached out to our Contract Forman who told us that Asplundh is on site today for us." (GX-1317) |
| | 3:06pm | Locascio | Adam | Email, Fwd: "response from nat'l grid" (GX-1317) |
| | 3:19pm | Adam | Dorego | Email, Fwd: "See below.  Is all ok?" (GX-1317) |
| | 3:28pm | Dorego | Adam | Email: "It's in today. . . . Thank you." (GX-1317) |
| | 4:42pm | Dean | Adam | Phone call (5 mins) |

GX-101, GX-108, GX-109B

7

## February 15-19, 2013

| Date | Time | From | To | Detail |
|------|------|------|-----|--------|
| 2/15 | 12:08pm | Adam | Dwyer | Phone Call (2 mins) |
| 2/18 | 12:26pm | Dwyer | Adam | Phone Call (1 min) |
| | 1:00pm-2:00pm | Adam | N/A | Email reminder: "Cool fish Dwyer" (GX-2980) |
| 2/19 | N/A | Adam | N/A | Adam deposits $20,000 check from ALS (GX-1016) |
| | 9:17am | Adam | Dorego | Phone Call (3 mins) |
| | 11:05am | Adam | Mortgage Agent | Phone Call (2 mins) |
| | 11:10am | Adam | Real Estate Agent | Phone Call (4 mins) |
| | 11:32am | Adam | Dean | Phone Call (6 mins) |

GX-101, GX-108, GX-109B

8

| August 29, 2012 | |
|---|---|
| **Time** | **Detail** |
| **9:49am** | White emails **Adam** Abtech's "Skelos Proposed Engagement Structure" and adds "I'll give you a call at 10 am and can walk through this with you." (GX-2435) |
| **10:04am** | White (919-900-4105) calls **Adam** (39 mins) |
| **10:45am** | **Adam** calls **Dean** (5 mins) [next call] |
| **10:50am** | **Adam** forwards to **Dean** Abtech's "Proposed Engagement Structure" (GX-2934) |

GX-101, GX-108

| September 5, 2012 | |
|---|---|
| **Time** | **Detail** |
| **8:44am** | White emails Adam draft Abtech Consulting Agreement (GX-2438) |
| **8:55am** | Adam forwards to Dean: "Please print this and review." (GX-2937) |
| **9:01am** | Adam calls Dean (4 mins) |
| **10:47am** | Adam calls Dean (2 mins) |
| **10:50am** | Adam calls Nassau County Attorney Ciampoli (1 min) [next call] |
| **11:08am** | Adam calls Dorego (4 mins) |
| **11:13am** | Adam emails Dorego draft Abtech Consulting Agreement (GX-1275) |
| **11:52am** | Dorego forwards to Runes: "Pls look at the last few pages on compensation.  I'm inclined to tell adam to forget this and glen to f himself."  (GX-1276) |
| **12:53pm** | Runes calls Dorego (2 mins) |
| **7:40pm** | Dean calls Runes (3 mins) |
| **7:42pm** | Runes calls Dorego (1 min) |
| **7:44pm** | Runes cell calls Dean (2 mins) |

GX-101, GX-108, GX-109B, GX-114

10

| September 13, 2012 | |
|---|---|
| **Time** | **Detail** |
| **12:02pm-12:08pm** | Adam calls Dean's cellphone (6 mins) |
| **12:37pm-12:39pm** | Adam calls Nassau County Executive's Office (2 mins) |
| **12:54pm** | Adam call with Dean's Albany Office (start of call) |
| **12:54pm** | Adam emails Rink and White, copy to Dorego: "I am sorry to report that I have canceled our meeting on 9/18 with the Nassau County Executive due to our business arrangement not being worked out yet.  I have left the door open with the County to meet at another time but before we move forward we need to work out our situation. . . ." (GX-1287) |
| **12:59pm** | Adam call with Dean's Albany Office (end of call) |

GX-101, GX-108

11

| | **November 8, 2012** |
|---|---|
| **Time** | **Detail** |
| **2:08pm** | White emails **Adam**:  "We heard that Suffolk and Nassau County are putting their FEMA packages together real-time and we have about a 3-week window to make something happen on that . . .  This is ahead of our planned timeline but I wanted to reach out and ask if you think you could assist with this (I assume yes given your contacts!) immediately." (GX-2456) |
| **2:16pm** | **Adam** forwards to **Dean**:  " What should I do?" (GX-2957) |
| **2:16pm** | **Adam** calls **Dean**[1] (3 mins) |
| **2:19pm** | **Adam** calls White (5 mins) [next call] |
| **2:20pm** | **Adam** adds **Dean** to three-way call with White (4 mins) |
| **2:29pm** | **Adam** calls **Dean** (2 mins) |
| **2:29pm** | **Adam** emails **Dean**:  "AbTech Industries . . . Bjornulf White . . . Executive Vice President of Corporate Strategy Cell - (203)253-8443" (GX-2958) |

[1] Dean Skelos's phone records unavailable for November 8, 2012.

GX-101, GX-108, GX-118

| **November 26, 2012** |
|---|

| Time | Detail |
|---|---|
| **9:30am-10:30am** | Meeting between **Dean** and County Executive Mangano (GX-2012I) |
| **11:26am** | **Adam** calls **Dean** (2 mins) |
| **11:27am** | **Adam** calls White (2 mins) [next call] |
| **5:02pm** | **Dean** calls **Adam** (4 mins) |
| **5:18pm** | **Adam** emails White and copies Dorego: "I just received word that AbTech will receive an RFP from Nassau County to be included in the FIMA recovery package.  It should get to us with in 7-10 business days."  (GX-2465) |

## December 4-7, 2012

| Date | Time | From | To | Detail |
|---|---|---|---|---|
| **12/4** | 1:15pm | White | **Adam** | Email:  "Hey Adam, will you be hearing from the county when they post the RFP?"  (GX-2472) |
| | 1:34pm | **Adam** | White | Email: "Yes. Seeing the county executive tonight and will follow up on when that will come out." (GX-2472 |
| | 2:09pm | **Adam*** | **Dean** | Phone Call (1 min) |
| | 2:16pm | **Adam*** | **Dean** | Phone Call (1 min) [next call] |
| | 2:18pm | **Adam** | **Dean's Home** | Phone Call (6 min) |
| | 5:33pm | **Dean** | County Executive Mangano | Phone Call (1 min) |
| | 5:35pm | County Executive Mangano | **Dean** | Phone Call (2 min) [next call] |
| | 6:14pm | **Adam** | **Dean** | Phone Call (7 mins) |

GX-101, GX-108, GX-111

14

| December 4-7, 2012 | | | | |
|---|---|---|---|---|
| Date | Time | From | To | Detail |
| 12/7 | 1:23pm | Dean | Adam | Phone Call (3 mins) |
| | 1:28pm | Dean | County Executive Mangano | Phone Call (1 min) [next call] |
| | 1:34pm | Dean | County Executive Mangano | Phone Call (3 mins) [next call] |
| | 1:41pm | Dean | County Executive Mangano | Phone Call (2 mins) |
| | 1:42pm | Dean* | Adam | Phone Call (1 min) [next call] |
| | 1:45pm | Adam* | Dean | Phone Call (1 min) [next call] |
| | 1:48pm | Dean | Adam | Phone Call (3 mins) [next call for Dean and Adam] |

GX-101, GX-108, GX-111

15

| December 10, 2012 | |
|---|---|
| **Time** | **Detail** |
| **12:26pm** | White emails Adam:  "Have you heard anything yet from Nassau County?" (GX-2474) |
| **12:29pm** | Adam emails White:  "Will follow up now."  (GX-2474) |
| **1:34pm** | Dean calls County Executive Mangano (2 mins) |
| **1:36pm** | County Executive Mangano calls Dean (3 mins) [next call] |
| **1:39pm** | Dean calls Adam (2 mins) [next call] |
| **1:41pm** | Adam calls White (3 mins) [next call] |

GX-101, GX-108, GX-111, GX-118

16

| February 4-7, 2013 | | | |
|---|---|---|---|
| **Date** | **Time** | **From** | **To** | **Detail** |
| **2/4** | 10:11am | Adam | Dean | Phone Call (2 mins) |
| | 10:13am | Dean | County Executive Mangano | Phone Call (4 mins) [next call] |
| **2/7** | 9:22am | Adam | Dean | Phone Call (4 mins) |
| | 9:27am | Dean | County Executive Mangano | Phone Call (2 min) [next call] |
| | 9:46 am | Adam | Dean | Phone Call (5 mins) |
| | 10:39am | Adam | Dean | Phone Call (4 mins) |
| | 11:13am | County Executive Mangano* | Dean | Phone Call (1 min) |
| | 11:40am | Dean | County Executive Mangano | Phone Call (2 mins) |
| | 11:43am | County Executive Mangano | Dean | Phone Call (1 mins) [next call] |
| | 1:05pm | Dean | Adam | Phone Call (6 mins) |

GX-101, GX-108, GX-111

17

| February 14, 2013 | |
|---|---|
| **Time** | **Detail** |
| **8:48am** | **Adam*** calls County Attorney Ciampoli (1 min) |
| **8:54am** | **Adam*** calls **Dean** (1 min) [next call] |
| **8:55am** | **Dean** calls **Adam** (6 mins) [next call for Adam] |
| **1:20pm** | White emails **Adam**: "hey - just a quick note to see if you heard anything from Nassau.  I've been checking the solicitation board regularly but nothing has posted yet..." (GX-2489) |
| **1:21pm** | **Adam*** calls White (1 min) |
| **1:22pm** | White calls **Adam** (2 mins) |
| **2:27pm** | **Dean** calls County Attorney Ciampoli (3 mins) |
| **2:48pm** | **Dean** calls County Executive Mangano (3 mins) |
| **4:37pm** | **Adam*** calls **Dean** (1 min) |
| **4:44pm** | **Adam** calls County Attorney Ciampoli (1 min) [next call] |
| **4:49pm** | County Attorney Ciampoli calls **Adam** (12 mins) [next call] |

GX-101, GX-108, GX-111, GX-118, GX-119

18

## February 20-22, 2013

| Date | Time | From | To | Detail |
|------|------|------|-----|--------|
| 2/20 | 8:43pm | Dean | Adam | Phone Call (2 mins) |
|      | 9:00pm | White | Adam | Phone Call (2 mins) [next call] |
| 2/21 | 9:43am | Dean | County Attny. Ciampoli | Phone Call (4 mins) |
|      | 9:57am | Adam | County Attny. Ciampoli | Phone Call (8 mins) [next call for Ciampoli] |
|      | 10:15am | Dean | Adam | Phone Call (10 mins) |
|      | 12:43pm | Adam | White | Phone Call (1 min) |
|      | 3:26pm | Ciampoli | Mangano | Phone Call (2 mins) |
| 2/22 | 8:35am | Adam | County Attny. Ciampoli | Phone Call (3 mins) |
|      | 11:20am | Dean* | Adam | Phone Call (1 min) |
|      | 12:22pm | Dean | Mangano | Phone Call (2 mins) |
|      | 1:40pm | Adam | DPW Commissioner | Phone Call (3 mins) |
|      | 1:46pm | White Assistant | White | Email: .pdf of Nassau County RFP (GX-2490) |
|      | 1:57pm | White | Adam | Phone Call (3 mins) |
|      | 4:38pm | Adam | Dean | Phone Call (4 mins) |

GX-101, GX-108, GX-111, GX-118, GX-119

19

| April 3-10, 2013 | | | | |
|---|---|---|---|---|
| **Date** | **Time** | **From** | **To** | **Detail** |
| **4/3 Wed.** | 10:19am | White | Adam | Email, re: "Nassau Proposal": "Going to send someone up to you to deliver late afternoon/early evening." (GX-2499) |
| **4/4 Thurs.** | 11:26am | Dean | Adam | Phone Call (2 mins) |
| | 1:11pm | Ken Arnold | Adam | Phone Call (1 min) |
| | 4:00pm | N/A | N/A | Abtech RFP Delivery Deadline (GX-2490) |
| **4/5 Fri.** | 5:26pm | White | Adam | Phone Call (8 mins) |
| | 5:34pm | Adam | Dean | Phone Call (6 mins) [Next Call] |
| **4/8 Mon.** | 8:54am | Adam | Dorego | Phone call (6 mins) |
| | 9:01am | Adam* | Dean | Phone call (1 min) |
| | 9:11am | Dean | Adam | Phone call (2 min) |
| | 7:07pm | Dorego | Rink | Email: "I need to speak to you tomorrow about Adam Skelos" (GX-1334) |

GX-101, GX-108, GX-109B, GX-118

20

## April 3-10, 2013 (cont'd)

| Date | Time | From | To | Detail |
|------|------|------|-----|--------|
| **4/10 Wed.** | 2:07pm | Dorego | Rink | Email re: "Adam": "I'm told he's about 45 days away from producing the legislation . . . He's hesitant (and his dad called) to do it with the engineer's making more than him.  If he doesn't get like a 4% commission I think they don't think it's worth pushing though." (GX-1337) |
| | 5:41pm | White | Rink | Email, re: "Adam": "I can't believe he's going to try to hold us hostage to renegotiate the contract."   (GX-2502) |
| | 6:30pm | Rink | Dorego | Phone call (4 mins) |

GX-109B, GX-113

| April 19-23, 2013 | | | | |
|---|---|---|---|---|
| **Date** | **Time** | **From** | **To** | **Detail** |
| **4/19 Fri.** | 3:03pm | Rink | White | Email: "Ok so are you ready for me to reach out to Charlie Dorego regarding the issues and to confirm I can mention Adam spoke to you and you spoke to me." (GX-2505A) |
| | 3:09pm | White | Rink | Email: "Confirmed." (GX-2505A) |
| **4/22 Mon.** | 11:05am | Rink | White | Phone Call (29 mins) |
| | 2:47pm | Dorego | Rink | Phone call (6 mins) |
| | 3:01pm | White | Rink | Phone call (12 mins) [next call] |
| **4/23 Tues.** | 2:22pm | Adam | White | Phone call (11 mins) |
| | 2:33pm | Adam* | Dean | Phone call (1 min) [next call] |
| | 3:35pm | Dean | Adam | Phone call (2 mins) |

GX-101, GX-108, GX-109B, GX-113, GX-118

| May 28-31, 2013 | | | | |
|---|---|---|---|---|
| **Date** | **Time** | **From** | **To** | **Detail** |
| **5/28** | 10:44am | Adam | Dean | Phone Call (1 min) |
| | 10:45am | Dean | County Attorney Ciampoli | Phone Call (5 min) [next call] |
| | 10:54am | Adam | County Attorney Ciampoli | Email: "Below is a small letter we drafted acknowledging that AbTech was chosen by Nassau county to be considered by the leg for the work on their storm water drainage pipes. We need something like that signed for us to show the company share holders before the June 3rd meeting." (GX-2986) |
| | 3:54pm | Adam | White | Email: "Followed up with county attorney today, he said he was working on something and I let him know about the June 3 deadline." (GX-2516) |
| **5/29** | 1:05am | County Attorney Ciampoli | Adam | Email: "On it." (GX-2987) |

GX-101, GX-108, GX-119

23

## May 28-31, 2013 (cont'd)

| Date | Time | From | To | Detail |
|------|------|------|-----|--------|
| 5/31 | 9:48am | Adam | County Attorney Ciampoli | Phone Call (6 mins) |
| | 9:54am | Adam* | Dean | Phone Call (1 min) [next call] |
| | 9:58am | Adam | Dean | Phone Call (2 mins) |
| | 10:00am | Adam | DPW Commissioner | Phone Call (1 min) [next call] |
| | 10:17am | Adam | Dean | Phone Call (2 mins) |
| | 12:19pm | Dean | County Exec. Mangano | Phone Call (2 mins) [next call] |
| | 12:51pm | County Exec. Mangano | Dep. County Exec. Walker | Phone Call (2 mins) |
| | 1:08pm | County Attorney Ciampoli | Adam | Phone Call (7 mins) |
| | 3:35pm | Dep. County Exec. Walker | DPW Commissioner | Phone Call (1 min) |
| | 4:04pm | Dean | Adam | Phone Call (3 mins) |
| | 4:06pm | Adam* | White | Phone Call (1 min) [next call] |
| | 4:08pm | Adam | County Attorney Ciampoli | Phone Call (2 mins) [next call] |
| | 4:09pm | White | Adam | Phone Call (9 mins) [next call] |
| | 4:17pm | Adam | County Attorney Ciampoli | Phone Call (8 mins) [next call] |
| | N/A | DPW Commissioner | Abtech/White | "We are pleased to inform you that . . . the County has determined that your firm possess [sic] the requisite skill to perform the work described in your proposal." (GX-2301)   GX-101, GX-108, GX-117, GX-118, GX-119 |

24

## August 12-13, 2013

| Date | Time | From | To | Detail |
|------|------|------|-----|--------|
| 8/12 | 10:06am | White | Adam | Email re: "Letter from Nassau" (GX-2988) |
| | 10:16am | Adam | Gail Skelos | Email fwd: "Letter from Nassau": "Show you know who." (GX-2991) |
| | 10:30am | Gail | Adam | Email: " . . . Will do in hour or so. Not with now." (GX-2994) |
| | 11:07am | Dean* | Adam | Phone Call (2 mins) |
| | 11:15am | Adam | Cameron | Email: "John, See below. Any help on this would be much appreciated." (GX-2995) |
| | 12:09pm | Adam | Locascio | Email fwd: "Letter from Nassau" (GX-2996) |
| | 1:49pm | Cameron | Walker | Email fwd: "Letter from Nassau County to AbTech" (GX-2532B) |
| | 2:31pm | Cameron | Gail Skelos | Email: "Got the info. Spoke to Rob. He's receptive to sending the letter." (GX-2999) |

GX-108

## August 12-13, 2013 (cont'd)

| Date | Time | From | To | Detail |
|------|------|------|-----|--------|
| 8/13 | 12:05pm | Dean | Cameron | Phone Call (2 mins) |
| | 12:18pm | Adam | Dean | Phone Call (3 mins) [next call] |
| | 3:31pm | Cameron | Walker | Phone Call (1 min) |
| | 4:31pm | Walker | Cameron | Phone Call (3 mins) |
| | 5:01pm | Cameron | Adam | Phone Call (2 mins) |
| | 6:55pm | Adam | Dean | Phone Call (3 mins) |
| | 6:55pm | Mangano | Dean | Phone Call (2 min) [call waiting] |
| | 7:13pm | Mangano | Dean | Phone Call (2 mins) |
| | 7:14pm | Walker | White | Email: "I am pleased to let you know that the Nassau County Legislature unanimously approved the contract. . . ." (GX-2533) |
| | 7:15pm | Dean | Adam | Phone call (1 min) [next call] |
| | 7:16pm | Adam | White | Phone call (1 min) [next call] |
| | 7:52pm | Cameron | Dean | Email: "This is what I sent to Robbie yesterday after he and I spoke.  I imparted the urgency to him on the phone.  I was careful of what I put in the e-mail as you never know where it could wind up.  Glad it finally got done!" (GX-2532-B) |
| | 7:57pm | Adam | Dean | Phone Call (7 mins) |
| | 8:28pm | Dean | Cameron | Email: "All happy" (GX-2532-B)   GX-101, GX-107, GX-108, GX-111 |

26

## Dec. 17, 2014

| Date | Time | From | To | Detail |
|------|------|------|-----|--------|
| 12/17 | 12:28pm | Dean | Avella | Phone Call (3 min) |
| | 12:32pm | Avella | Adam | Phone Call (1 min) [next call] |
| | 12:39pm | Adam | Dean | Recorded Phone Call:  "Dean: Well, we're going to totally focus on that other thing now, okay? . . . Mike Avella's going to call you.  We're going to refocus on that other stuff, okay?" (GX-1428) |
| | 2:02pm | Adam | Avella | Phone Call (1 min) |

GX-105, GX-108

27

| December 5-12, 2012 | | | | |
|---|---|---|---|---|
| **Date** | **Time** | **From** | **To** | **Detail** |
| **12/5** | 5:30pm-8:30pm | N/A | N/A | Park Strategies Holiday Party (GX-2012-H-1) |
| | 5:46pm | Dean | A. Bonomo | Phone Call (2 mins) |
| **12/6** | 7:54am | Dean* | Adam | Phone Call (1 mins) |
| | 8:01am | Dean* | Adam | Phone Call (1 mins) |
| | 8:02am | Dean | Ann Marie Skelos | Phone Call (1 mins) |
| | 8:03am | Adam | Dean | Phone Call (12 mins) |
| | 9:02am | Dean | Adam | Phone Call (4 mins) [next call for Dean] |
| | 9:56am | Adam | PRI | Phone Call (2 mins) [next call] |
| | 9:58am | Adam | A. Bonomo | Phone call (1 min) [next call] |

GX-101, GX-104, GX-108

28

## December 5-12, 2012 (cont'd)

| Date | Time | From | To | Detail |
|------|------|------|-----|--------|
| 12/7 | 11:51am | Adam | Dean | Phone Call (7 mins) |
| | 1:07pm | Adam | Dean | Phone Call (5 mins) |
| | 1:17pm | Adam | PRI | Phone Call (2 mins) |
| | 1:17pm | Dean | A. Bonomo | Phone Call (3 mins) |
| | 1:57pm | Adam | Dean | Phone Call (4 mins) |
| | 2:32pm | Adam | Dean | Phone Call (5 mins) |
| | 2:37pm | Adam | PRI | Phone Call (2 mins) [next call] |
| | 2:38pm | Adam | A. Bonomo | Phone Call (2 mins) [next call] |
| | 2:42pm | Adam | PRI | Phone Call (4 mins) |
| | 2:46pm | Adam | Dean | Phone Call (3 mins) [next call] |
| 12/12 | N/A | N/A | N/A | Adam fills out "Employee Information" Document at PRI (GX-701) |

GX-101, GX-108

| January 10, 2013 | |
|---|---|
| **Time** | **Detail** |
| **9:36am** | **Adam** call with PRI landline (4 mins) |
| **9:40am** | **Adam** call with PRI landline (2 mins) |
| **N/A** | Curcio notes:  "I called Adam on his cellphone and asked where he was he said on appointments and again mentioned his arrangement between Anthony and his father regarding him working 2 days a week." (GX-715) |
| **9:42am** | **Adam*** calls Dean (1 min) |
| **9:43am** | **Adam*** calls Dean (1 min) |
| **9:44am** | Dean calls **Adam** (3 mins) |
| **10:42am** | **Dean** calls Anthony Bonomo cell (2 mins) [next call] |
| **11:07am** | PRI landline calls **Dean** (21 mins) [next call] |
| **11:27am** | **Dean** calls **Adam** (6 mins) [next call] |

GX-101, GX-108