LAW OFFICES OF

GERALD B. LEFCOURT, P.C.

A PROFESSIONAL CORPORATION

1776 BROADWAY, SUITE 2000

NEW YORK, N.Y. 10019

GERALD B. LEFCOURT
lefcourt@lefcourtlaw.com

SHERYL E. REICH
reich@lefcourtlaw.com

FAITH A. FRIEDMAN
ffriedman@lefcourtlaw.com

TELEPHONE
(212) 737-0400

FACSIMILE
(212) 988-6192

October 29, 2021

<u>VIA ECF</u>

Honorable J. Paul Oetken
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

*United States v. Kukushkin, et al.* 19 CR. 725 (JPO)

Dear Judge Oetken:

We are counsel to Andrey Kukushkin in the above matter. We respectfully write on behalf of all parties (Messrs. Parnas, Kukushkin, and the government) regarding a briefing schedule for the defense's post-trial motions pursuant to Rules 29 and 33 of the Federal Rules of Criminal Procedure. The parties have conferred and jointly propose the following schedule:

- Rule 29 and 33 motions due on or before December 9, 2021;

- Responses due on or before December 23, 2021; and

- Replies due on or before January 13, 2022.

We thank the Court for its consideration.

Respectfully submitted,


/s/ Gerald B. Lefcourt
Gerald B. Lefcourt


cc:   All counsel (via ecf)